PHILLIP A. TALBERT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON MICHAEL CARLSEN,<br><br>Defendant. | CASE NO. 2:22-CR-00217 JAM<br><br>**STIPULATION CONTINUING SENTENCING HEARING; FINDINGS AND ORDER** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant entered a guilty plea in this matter on February 14, 2023.

2. His sentencing is scheduled for May 23, 2023.

3. A draft Presentence Report has not yet been prepared for the defendant.

4. The parties agree and stipulate, and request that the Court continue the defendant's sentencing to **September 12, 2023, 09:00 a.m**.

IT IS SO STIPULATED.

Dated: May 19, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ NICHOLAS M. FOGG
NICHOLAS M. FOGG
Assistant United States Attorney

Dated: May 19, 2023

/s/ LINDA HARTER
LINDA HARTER
Counsel for Defendant
JASON MICHAEL CARLSEN

## ORDER

**IT IS SO FOUND AND ORDERED**.

Dated: May 19, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE